FILED ___ ENTERED
LODGED ___ RECEIVED

OCT - 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

07-CV-00270-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARINA HILDINGER-LOPEZ, ) CASE NO.: C07-0270-JLR
)
Plaintiff, )
)
v. ) ORDER AFFIRMING IN PART AND
) REMANDING IN PART FOR
MICHAEL J. ASTRUE, ) FURTHER ADMINISTRATIVE
Commissioner of Social Security, ) PROCEEDINGS
)
Defendant. )
_____ )

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court affirms in part the decision of the ALJ, but remands in part this matter for further administrative proceedings. On remand, the ALJ should perform a borderline age analysis and address Dr. Slack's 2005 opinions; and

///

///

ORDER AFFIRMING IN PART AND REMANDING
IN PART FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE -1

01     (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

02     DATED this 5th day of October, 2007.

                        JAMES L. ROBART
                        United States District Judge

ORDER AFFIRMING IN PART AND REMANDING
IN PART FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE -2